# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D2025-0365
LT Case No. 2017-CA-000676
_____

NORMA TAMBURINI,

    Appellant,

    v.

CITIZENS PROPERTY INSURANCE
CORPORATION,

    Appellee.

_____


On appeal from the Circuit Court for Hernando County.
Donald Eugene Scaglione, Judge.

Jeremy D. Bailie and Sandford B. Kinne, of Weber, Crabb &
Wein, P.A., St. Petersburg, for Appellant.

C. Ryan Jones, David T. Burr, and Matthew A. Taylor, of Traub
Lieberman Straus & Shrewsberry LLP, St. Petersburg, for
Appellee.

April 21, 2026


PER CURIAM.

    AFFIRMED.


WALLIS, EDWARDS, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____